## Peter Chapralis et al., Appellants, v. City of Chicago, Appellee.

### Gen. No. 43,416.

Heard in the first division, first district, this court at the April term, 1945; opinion filed June 25, 1945; rehearing denied September 14, 1945; released for publication September 19, 1945. George P. Foster, George P. Latchford, Jr. and Daniel S. Wentworth, for appellants; Daniel S. Wentworth, of counsel; Barnet Hodes, Corporation Counsel, for appellee; J. Herzl Segal and Sydney R.· Drebin, Assistant Corporation Counsel, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. Not to be published in full.